PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT   EASTERN
DISTRICT OF LOUISIANA   Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** M. Rhoto
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3180

**Name of Asst. U.S. Attorney (if assigned):** G. Dall Kammer

CASE NO. 17-241   SECT. A MAG. 1
USA vs.
Defendant: RONALD MARKHAM
Address: [REDACTED]

☐ Interpreter Required   Dialect: _____
Birth Date: 1978   ☑ Male  ☐ Female  ☐ Alien (if applicable)
Social Security Number: 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

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. sealed

**Place of offense:** Orleans Parish   County: USA

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Sara Johnson
☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 18

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 USC 371 — 4-Felony | Conspiracy | 1 |
| 2 | 18 USC 1343 — 4-Felony | Wire Fraud | 2-5 |
| 3 | 18 USC 1956(h) — 4-Felony | Money Laundering Conspiracy | 7 |
| 4 | 18 USC 1957 — 4-Felony | Money Laundering | 8-18 |
| 5 | 18 USC 1519 — 4-Felony | Obstruction of Justice | 19 |