MINUTE ENTRY
JANUARY 4, 2018
KNOWLES, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-241 |
| RONALD MARKHAM | SECTION: A |

## INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL  SARA JOHNSON
700 CAMP STREET, NEW ORLEANS, LA (RETAINED)
X  ASSISTANT U.S. ATTORNEY  DALL KAMMER
__ INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT ~~WAS~~:
   READ   WAIVED   SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07



_X_/ BAIL SET AT _$25,000.00 unsecured appearance bond see attached for additional conditions of release_

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_X_/ DEFENDANT RELEASED ON BOND

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ~~ARRAIGNMENT~~ IS SET FOR __held__

___/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

___/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

___/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

DEFENDANT'S NAME: <u>RONALD MARKHAM</u>   CASE NO. <u>17-241 A</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

__✓__ submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____ continue to actively seeking employment

__✓__ surrender any passport to _<u>USPO</u>_

__✓__ not obtain a passport or other international travel document

__✓__ abide by the following restrictions: Continental U.S. __✓__ EDLA _____ LA _____

Other _<u>w/ prior approval of USPO</u>_

____ avoid all contact with victim/witness _____ co-defendants _____

Other _____

____ medical or psychiatric treatment if directed by Pretrial Services

____ not possess firearm, destructive device or other weapon

____ not use alcohol: at all _____ excessively _____

____ not use or unlawfully possess narcotic drug/controlled substances

____ submit to testing for a prohibited substance if required by Pretrial Services

____ participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ participate in location restriction program: _____ (i) Curfew

_____ (ii) Home Detention

_____ (iii) Home Incarceration

____ submit to location monitoring as directed by Pretrial Services

__✓__ report every contact with law enforcement personnel to Pretrial Services

____ Other(s): _____

_____
_____
_____
_____

