UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER___17-CR-241___

 RONALD MARKHAM                             SECTION___A_____

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the

Federal Rules of Criminal Procedure.  I hereby certify that the number of subpoenas

requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

_____ set(s) for Rule 17(a) trial or hearing scheduled on _____
                                                              DATE OF TRIAL/ HEARING

_____ set(s) for Rule 17(c) to appear and produce documents, data, or other objects
       in court before trial or hearing_____
                                              DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT
       ORDERED DEPOSITION**
   3   set(s) for Rule 17(f) deposition scheduled on___FEBRUARY 16, 2018_____
                                                         DATE OF DEPOSITION
at   500 POYDRAS ST., ROOM C455, NEW ORLEANS, LA 70130
     PLACE OF DEPOSITION

                        _____
                        SARA A. JOHNSON (NO. 31207)
                        700 CAMP ST. NEW ORLEANS, LA 70130
                        (504) 528-9500   SARA@SARAJOHNSONLAW.COM
                        ATTORNEY FOR RONALD MARKHAM
                   Attorney's Signature, Bar Number, Address, and Party Represented