UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-241 |
| VERSUS | SECTION "A" |
| IRVIN MAYFIELD<br>RONALD MARKHAM | VIOLATION: |

NOTICE OF ARRAIGNMENT (superseding indictment)

Take notice that this criminal proceeding is set for **July 2, 2018 at 2:00 p.m.**, before Chief Magistrate Judge Karen Wells Roby, Ctrm B431, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  June 21, 2018

WILLIAM W. BLEVINS, CLERK
by: James Crull, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ IRVIN MAYFIELD (bond)
✓ Claude Kelly, Counsel

✓ RONALD MARKHAM (bond)
✓ Sara Johnson, Counsel

✓ AUSA:  Dall Kammer

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

   JUDGE

✓ MAGISTRATE JUDGE

✓ FBI - Lantto

**If you change address,
notify clerk of court
by phone, (504) 589-7688**