UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | DOCKET NO.: 17-CR-241 |
| v. | SECTION: A |
| RONALD MARKHAM | MAGISTRATE: 1 |

### ORDER

Considering the Ex Parte Motion for Issuance of Rule 17(c) Subpoena,

IT IS HEREBY ORDERED that the motion is GRANTED and the attached subpoena to the Louisiana Legislative Auditor shall issue.

New Orleans, Louisiana this 28th day of August, 2018.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE