UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### ORDER RE-SETTING STATUS CONFERENCE

Due to a conflict on the Court's calendar,

Accordingly;

**IT IS ORDERED** that the status conference with the Court set for **Thursday, September 6, 2018** is reset for **Monday, September 10, 2018, at 10:15 a.m.** This status conference will take place in chambers.

September 5, 2018

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE