UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 17-241 |
| IRVIN MAYFIELD | * | SECTION: "A" |

### ORDER

The foregoing considered,

**IT IS ORDERED** that trial in the above-captioned matter is hereby continued until the 30th day of September, 2019, at 8:30 A.M. A final pretrial conference is scheduled for the 29th day of August, 2019, at 10:30 .M.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. This finding is made pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv). It is specifically found that failure to grant such a continuance, in the case when taken as a whole, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, this motion is granted.

New Orleans, Louisiana, this 8th day of March, 2019.

UNITED STATES DISTRICT JUDGE