UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION: "A" |

## ORDER

On April 2, 2019, the undersigned granted defendants' Motion for Permission to Travel (Rec. Doc. # 167).

Accordingly, **IT IS ORDERED** that this matter is **REFERRED** to the Criminal Duty Magistrate Judge for review and perfection of the property bond.

New Orleans, Louisiana, this 3rd day of April 2019.

                                JAY C. ZAINEY
                         UNITED STATES DISTRICT JUDGE

NEF: Magistrate Clerical