UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | * | SECTION: "A" |

## ORDER

**IT IS HEREBY ORDERED** that the motion to travel (#193) is **GRANTED** with the following

conditions: Defendants will be permitted to travel to Accra, Ghana from July 31, 2019 through August 6,

2019, when they will return to the United States, subject to Defendants complying with the following

additional conditions of release: 1) each defendant must provide a $100,000.00 property bond that will be

in effect until he returns to the United States at the end of the trip;[1] 2) before leaving the United States each

defendant must execute a waiver of extradition and waiver of bond (while in Accra, Ghana); and 3) upon

arriving in Ghana, each defendant must report to the U.S. Consulate in that country. The United States

Probation Office will release to Defendants the passports that they surrendered, and Defendants will be

allowed to renew their passports, if necessary, and to obtain the required travel documents for the trip. The

passports will be surrendered to the Probation Office at the conclusion of the trip, and the prior prohibitions

on obtaining a passport or other international travel document, and traveling outside the continental United

States, will reattach.

July 22, 2019

_____
UNITED STATES DISTRICT JUDGE

---

[1] Considering that there is no record of cancellation of the previous property bonds, defendant Ronald Markham is allowed to travel on the existing property bond perfected on June 11, 2018 (Rec. Doc. 76), and defendant Irvin Mayfield is allowed to travel on the existing property bond perfected on May 13, 2019 (Rec. Doc. 181).