UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | DOCKET NO.: 17-CR-241 |
| v. | SECTION: A |
| RONALD MARKHAM | MAGISTRATE: 1 |

**O R D E R**

Considering the foregoing Amended Motion for Issuance of Subpoenas;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk's Office shall issue the requested subpoenas.

New Orleans, Louisiana, this  27th  day of August, 2019.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE