UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

**ORDER RE-SETTING PHONE STATUS CONFERENCE**

**IT IS ORDERED** that the telephone status conference with the Court set for **Thursday, October 15, 2020** is reset for **Thursday, October 29, 2020, at 10:50 a.m.**

The Court will email the call in information to counsel prior to the conference.

October 7, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE