UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### MINUTE ENTRY (JS-10: 10)

On November 3, 2020, the Court held a telephone conference with the following counsel in attendance: Dall Kammer for the Government; Claude Kelly and Celia Rhoads for defendant Irvin Mayfield; Sara Johnson for defendant Ronald Markham. The Court set the conference to check in with the parties now that the federal courthouse has reopened to the public.

Counsel updated the Court on the status of the case. The Court scheduled a re-arraignment for both defendants.

Accordingly;

**IT IS ORDERED** that a re-arraignment for defendants Irvin Mayfield and Ronald Markham is set for **Tuesday, November 10, 2020, at 10:30 a.m.**

\* \* \* \* \* \* \*