UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-241 |
| VERSUS | SECTION "A" |
| IRVIN MAYFIELD<br>RONALD MARKHAM | VIOLATION: |

## NOTICE OF **REARRAIGNMENT**

Take notice that this criminal proceeding is reset for **November 10, 2020 at 10:30 a.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: November 3, 2020

CAROL L. MICHEL, CLERK
by: James Crull, Deputy Clerk

* * * * * * * * * * * *

TO:

✓ IRVIN MAYFIELD (bond)
✓ Claude Kelly and Celia Rhoads, Counsel

✓ RONALD MARKHAM (bond)
✓ Sara Johnson, Counsel

✓ AUSA: Dall Kammer

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ FBI - Lantto

**If you change address,
notify clerk of court
by phone, (504) 589-7688**