.UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

### ORDER

With the consent of all counsel,

Accordingly;

**IT IS ORDERED** that the follow-up telephone conference set for **March 18, 2021** is **RESET** for **Thursday, April 8, 2021, at 10:00 a.m.** The Court will email the call in information to counsel.

* * * * * * *

*[Signature: Jay C. Zainey]*