UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      17-241

IRVIN MAYFIELD                              SECTION "A" MAG. 1
RONALD MARKHAM

## ORDER CHANGING SENTENCING TIME

**IT IS ORDERED** that the SENTENCINGS set for **November 3, 2021, at 10:00**

**a.m.** are reset for **2:00 p.m. that same date**.

October 12, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

**NEF: United States Probation Office**