UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-241 |
| VERSUS | SECTION "A" |
| IRVIN MAYFIELD<br>RONALD MARKHAM | VIOLATION: |

### RE-NOTICE OF SENTENCING (both defendants)

Take notice that this criminal proceeding is reset for **November 3, 2021 at 2:00 p.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

# COURTROOM PROTOCOL DURING COVID-19 PANDEMIC

**Before arriving at the courthouse:**

**All hearing participants must notify Judge's chambers (504) 589-7590 on the morning of the hearing if answering yes to any of the following questions.**

1) In the past 48 hours, have you had any signs or symptoms of fever, such as chills, sweats, feeling "feverish" or having a temperature that is elevated for you of 99.5F or greater?

2) Have you experienced any of the following symptoms in the last 48 hours:
Cough, shortness of breath, or chest tightness; Sore throat or unexplained loss of smell/taste; Diarrhea, nausea or vomiting?

3) In the last 14 days have you:
Traveled outside of the United States?
Been in contact with anyone who has a confirmed COVID 19 diagnosis?
Been notified that you may have been exposed to COVID 19?
Been exposed to anyone that has an open COVID 19 test?

**In the courthouse:**

1. Face masks must be worn at all times. A minimum social distance of six feet should be maintained. Participants must have their temperature screened at the entrance to the courthouse.

2. Upon arrival, participants must proceed directly to the courtroom.

3. Following their hearing, participants are respectfully requested to depart the courtroom and Courthouse. Of course, masks must be worn during this time.

**In the courtroom:**

1. Face masks must always be worn except if it is determined that vocal clarity is diminished.  Social distancing must be observed.

2. Plexiglass shields have been installed in the Courtroom.

3. Participants are strongly encouraged to avoid unnecessary handling of items in the courtroom. Hand sanitizer and Kleenex will be available in the courtroom. Counsel should apply hand sanitizer prior to adjusting any microphone or using the evidence presentation equipment.

4. All high-touch surfaces, including but not limited to, chairs, tables, podiums, door handles, etc., will be wiped down and disinfected both before and after hearings.

|  |  |
|---|---|
| Date:  October 15, 2021 | CAROL L. MICHEL, CLERK<br>by Wayne Parker, Deputy Clerk |

* * * * * * * * * * * *

TO:

✓ IRVIN MAYFIELD (bond)
✓ Claude Kelly and Celia Rhoads, Counsel

✓ RONALD MARKHAM (bond)
✓ Sara Johnson, Counsel

✓ AUSA:  Dall Kammer

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ FBI - Lantto

**If you change address,
notify clerk of court
by phone, (504) 589-7688**