**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES**                               **DOCKET NO.:  17-CR-241**

    **v.**                                            **SECTION:  A**

**IRVIN MAYFIELD**                              **MAGISTRATE:  1**
**RONALD MARKHAM**

**O R D E R and RECOMMENDATION**

Considering the Ex Parte Motion for BOP Designation Recommendation;

IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court recommends to the

Bureau of Prisons that Ronald Markham be designated to serve his sentence at FPC Pensacola.

This order shall be appended to the judgment entered November 3, 2021.

New Orleans, Louisiana, this __10th__ day of November, 2021.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE