UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-241 |
| IRVIN MAYFIELD<br>RONALD MARKHAM | SECTION "A" MAG. 1 |

## **ORDER**

**IT IS ORDERED** that the orders **(Rec. Docs. 315 & 317)** extending the self-surrender date for the defendants shall be unsealed so that the public record accurately reflects when the defendants are required to self-surrender. The unopposed motions upon which those orders are based contain private information, and therefore will remain under seal.

January 6, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE